UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADVISORY COMMITTEE AND TRUSTEES OF THE KING'S COMMAND FOODS, INC. 401(k) PROFIT SHARING PLAN AND TRUST,<br><br>Plaintiff,<br><br>v.<br><br>SHARON BETZING, individually, and EDWARD JONES COMPANY, as custodian of an account held for Sharon Betzing,<br><br>Defendants. | NO. C05-1124L<br><br>STIPULATED PRELIMINARY INJUNCTION ORDER |

## STIPULATION

Counsel for plaintiff The Advisory Committee and Trustees of the King's Command Foods, Inc. 401(k) Profit Sharing Plan and Trust ("Plaintiff") and defendants Sharon Betzing and Edward Jones Company (collectively, "Defendants"), hereby stipulate that the following order may be entered.

STIPULATED PRELIMINARY INJUNCTION ORDER
(NO. C05-1124L)- 1
[58435-0001-000000/~2874128.DOC]

**Perkins Coie LLP**
The PSE Building
10885 N.E. Fourth Street, Suite 700
Bellevue, WA  98004-5579
Phone:  (425) 635-1400
Fax:  (425) 635-2400

| PERKINS COIE LLP | OPTON & GALTON |
|---|---|
| By _____<br>Donald W. Heyrich, WSBA # #23091<br>Branda N. Andrade, WSBA #30653<br>Attorneys for Plaintiff Advisory Committee and Trustees of the King's Command Foods, Inc. 401(k) Profit Sharing Plan and Trust | By _____<br>Michael Gangle, WSBA #27903<br>Attorneys for Defendant Sharon Betzing |

**HILLIS CLARK MARTIN & PETERSON, P.S.**

By _____
Eric D. Lansverk, WSBA #17218
Joseph A.G. Sakay, WSBA #24667
Attorneys for Defendant Edward Jones Company

## ORDER

This matter comes before the Court on the stipulation of all parties.  For purposes of determining whether a preliminary injunction should issue and only for such purposes, the parties have stipulated that:

1. Plaintiff has shown a likelihood of success on the merits and the possibility of irreparable harm if a preliminary injunction prohibiting Defendants from disbursing, liquidating, removing or otherwise disposing of the assets that are the subject of the action does not issue.

2. There is good cause for issuing this Order pursuant to Federal Rule of Civil Procedure 65(b).

3. The balance of hardships weighs in favor of Plaintiff.

For these reasons, the Court hereby ORDERS that:

STIPULATED PRELIMINARY INJUNCTION ORDER
(NO. C05-1124L)- 2
[58435-0001-000000/~2874128.DOC]

**Perkins Coie LLP**
The PSE Building
10885 N.E. Fourth Street, Suite 700
Bellevue, WA  98004-5579
Phone:  (425) 635-1400
Fax:  (425) 635-2400

1. Plaintiffs' motion for preliminary injunction is GRANTED.

2. Defendants shall not disburse, liquidate, remove or otherwise dispose of any of the assets that are the subject of the action and that are maintained in account number XXX-X2987 by Edward Jones Company for the benefit of Sharon Betzing.

3. The $5,000 bond that Plaintiff posted with the Court after entry of the June 24, 2005, Temporary Restraining Order; Order Noting Motion for Preliminary Injunction in this proceeding is sufficient, and shall remain posted pending further order of the Court.

4. This Order shall remain in effect until the trial on the merits or further order of the Court.

5. In view of the foregoing, the Clerk is directed to strike the July 11, 2005, hearing date on Plaintiff's motion for preliminary injunction and on the show cause return for the Temporary Restraining Order; Order Noting Motion for Preliminary Injunction entered June 24, 2005.

Dated this 18th day of July, 2005.

_____
Robert S. Lasnik
United States District Judge

STIPULATED PRELIMINARY INJUNCTION ORDER
(NO. C05-1124L)- 3
[58435-0001-000000/~2874128.DOC]

Perkins Coie LLP
The PSE Building
10885 N.E. Fourth Street, Suite 700
Bellevue, WA  98004-5579
Phone: (425) 635-1400
Fax: (425) 635-2400

Presented by:

**PERKINS COIE LLP**

By _____
    Donald W. Heyrich, WSBA #23091
    Branda N. Andrade, WSBA #30653
Attorneys for Plaintiff Advisory Committee and
Trustees of the King's Command Foods, Inc.
401(k) Profit Sharing Plan and Trust


Stipulated to, with notice of presentation waived:


**OPTON & GALTON**


By _____
    Michael Gangle, WSBA #27903
Attorneys for Defendant Sharon Betzing

and

**HILLIS CLARK MARTIN & PETERSON, P.S.**

By _____
    Eric D. Lansverk, WSBA #17218
    Joseph A.G. Sakay, WSBA #24667
Attorneys for Defendant Edward Jones Company

STIPULATED PRELIMINARY INJUNCTION ORDER
(NO. C05-1124L)- 4
[58435-0001-000000/~2874128.DOC]

**Perkins Coie LLP**
The PSE Building
10885 N.E. Fourth Street, Suite 700
Bellevue, WA  98004-5579
Phone:  (425) 635-1400
Fax:  (425) 635-2400